# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICKI BARLOW,<br><br>Defendant | Case No.: 2:18-cr-00024-APG-PAL<br><br>**Order For Return of Passport** |

On February 26, 2018, defendant Ricki Barlow was released from custody on a personal recognizance bond with the condition that he surrender his passport to the United States District Court Clerk. ECF No. 6 at 4. There is no longer a need for the clerk to hold Mr. Barlow's passport.

IT IS THEREFORE ORDERED that the clerk of the court shall release Mr. Barlow's passport to him or his lawyer Richard A. Wright.

Dated this 2nd day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE